# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nigel Spry and Michele Spry, | Civil File No.: 06-845 (RHK/JSM) |
| Plaintiffs, | |
| vs. | **ORDER FOR JUDGMENT** |
| Allstate Insurance Company, | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that any and all claims against defendants in this matter are hereby **DISMISSED WITH PREJUDICE**, on the merits, and in its entirety, but without any award of costs or disbursement to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 20, 2007

                                                  s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge